UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KURELL BROWN,

                            Plaintiff,

        -v-

TIFFANY CATHEY and DEVON STRACHEN,

                           Defendants.

24 Civ. 1154 (PAE) (GWG)

ORDER OF DISMISSAL

---

PAUL A. ENGELMAYER, District Judge:

    On February 14, 2024, Kurell Brown initiated this action. Dkt. 1. On March 31, 2025, Brown filed his amended complaint, alleging that, in sum and substance, his ex-wife and her boyfriend filed false domestic violence charges against Brown, resulting in his loss of parental rights and livelihood, among other things. Dkt. 8 ("AC"). On April 23, 2025, the Court referred the case to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, for general pretrial supervision. Dkt. 10. On May 7, 2025, Judge Gorenstein ordered Brown to show cause why the AC should not be dismissed for failure to state a claim upon which relief could be granted. Dkt. 11. Brown failed to file a response. On June 9, 2025, Judge Gorenstein ordered Brown to show cause by June 21, 2025 why the AC should not be dismissed for the reasons previously stated, and under Federal Rule of Civil Procedure 41(b) for failure to comply with the earlier order. Dkt. 13. Brown failed to file a response.

    Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for Brown's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 29, 2025
       New York, New York